United States District Court
Southern District of Texas
**ENTERED**
December 22, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS,
# HOUSTON DIVISION

| | |
|---|---|
| JAMES WILLIAMS, | § |
| Plaintiff, | § |
| vs. | § CIVIL ACTION NO. 4:20-cv-3435 |
| TEXAS SOUTHERN UNIVERSITY, | § JURY DEMANDED |
| Defendant, | § |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties Stipulation of Dismissal is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED

Dated: December 22, 2020

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE